**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER REINSTATING APPEAL

Appellate case name:      Gerald  McWilliams v. Joshua Watson

Appellate case number:   01-21-00104-CV

Trial court case number:  2019-44370

Trial court:                    215th District Court of Harris County

On September 14, 2021, this Court issued an order staying and abating this appeal because appellee petitioned for bankruptcy. *See* TEX. R. APP. P. 8.2. On May 17, 2022, appellant filed a motion requesting that our Court lift the stay and abatement because an order of discharge was issued in appellee's bankruptcy case on November 23, 2021. On May 18, 2022, appellee filed a motion requesting that our Court (1) reinstate the appeal and (2) dismiss the appeal on the basis that the underlying claims have been discharged in the bankruptcy.

The parties' requests to reinstate the appeal are **granted**. Accordingly, we lift the stay and abatement ordered by this Court and reinstate the appeal on the Court's active docket.

Appellee's request to dismiss the appeal remains pending. We order appellant to respond to appellee's request for dismissal within **30 days** of this order.

It is so ORDERED.


Judge's signature: _____/s/ Sarah B. Landau_____
                                    Acting individually


Date:  ___October 25, 2022_____